NUMBER 13-99-695-CV 





COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



CITY OF BROWNSVILLE, ET AL., Appellants, 



v. 



HON. BEN NEECE, MUNICIPAL JUDGE, Appellee. 

____________________________________________________________________ 



On appeal from the 138th District Court 

of Cameron County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Chief Justice Seerden and Justices Hinojosa
and Yañez 

Opinion Per Curiam 



Appellants, CITY OF BROWNSVILLE, ET AL., perfected an appeal from an
order entered by the 138th District Court of Cameron
County, Texas, in cause number 1999-09-004041-B. After the record and
briefs were filed and after the cause was set for submission and oral argument, appellants
filed a motion to dismiss the appeal. The Court, having considered the documents on file
and appellants' motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 9th day of March, 2000.